United States Court of Appeals
Fifth Circuit

**F I L E D**

September 23, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-21147

_____

United States of America,

Plaintiff-Appellee,

versus

Anthony Jermaine Freeman,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
District Court No. 3:02-MC-47-G

_____

Before HIGGINBOTHAM, STEWART and PRADO, Circuit Judges

PER CURIAM.[1]

The court has considered appellant's position in light of oral argument, the briefs, and the record. Having done so, we find no reversible error. The evidence is sufficient to sustain appellant's conviction, and the district court did not abuse its discretion in excluding appellant's "reverse 404(b)" evidence or in allowing the government to introduce appellant's statements to the police.

AFFIRMED.

_____

[1]Pursuant to 5th Cir. R. 47.5, this Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1